FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 23 2014

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | Criminal Action No. |
| KODY JON PETERSON | 1:14-CR-025 |

I, Kody Jon Peterson, the above named defendant, who is accused of conspiring to commit copyright infringement, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on January 23, 2014 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Kody Jon Peterson
Defendant

_____
Marcia Shein
Counsel for Defendant

Before _____
Gerrilyn G. Brill
United States Magistrate Judge