**MAGISTRATE'S CRIMINAL MINUTES**

ARRAIGNMENT
    PLEA AND
        SENTENCE



Time in Court: _____ Hrs  **15** Min

Filed in Open Court:  Date: **1/23/14**  Time: **9:45 am**  Tape: **FTR**

Magistrate (presiding): **GERRILYN G. BRILL**  Deputy Clerk: **Suzy Edwards**

Case Number: **1:14-CR-25**  Defendant's Name: **KODY JON PETERSON**
AUSA: **Christopher Bly**  Defendant's Attorney: **Marcia Shein**
USPO/PTR: _____  Type Counsel: (X) Retained  ( ) CJA  ( ) FPD  ( ) Waived

    ARREST DATE: _____
    INTERPRETER: _____

| | |
|---|---|
| X | INITIAL APPEARANCE HEARING.  ( ) In THIS DISTRICT     Dft in custody? ( ) Yes    ( ) No |
| X | Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed. |
| | ORDER appointing Federal Defender Program as counsel.   ( ) INITIAL APPEARANCE ONLY. |
| | ORDER appointing _____ State Bar # _____ as counsel. |
| | ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD) |
| | Dft to pay attorney fees as follows: _____ |
| X | INFORMATION filed.                                  _____ WAIVER OF INDICTMENT filed. |
| X | Copy information given to dft? (X) Yes    ( ) No    Read to dft? ( ) Yes   ( ) No   (X) Prior to Hrg |
| | CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed. |
| | ARRAIGNMENT HELD.  ( ) Superseding indictment / information     ( ) Dft's WAIVER of appearance filed. |
| | Arraignment continued to _____ at _____   Request of ( ) Govt    ( ) Dft |
| | Dft enters PLEA OF NOT GUILTY.   ( ) Dft stood mute; plea of NOT GUILTY entered. |
| | PLEA OF GUILTY / NOLO entered as to count(s) _____ |
| | Negotiated plea between government and defendant filed. |
| X | ASSIGNED TO JUDGE **Batten** for ( ) trial   (X) arraignment/sentence. |
| | ASSIGNED TO MAGISTRATE _____ for pretrial proceedings. |
| | Estimated trial time: _____ days.   ( ) SHORT    ( ) MEDIUM    ( ) LONG |
| | PRE-SENTENCE INVESTIGATION filed.  Referred to USPO for PSI and continued until _____ at _____ for sentencing. |
| X | **SEE PAGE 2** |

ARRAIGNMENT - Pg. 2                         Case No.: 1:14cr25
                                            Defendant: Kody Jon Peterson

\_\_\_\_  Government MOTION FOR DETENTION filed.  Hearing set for _____ at _____

\_\_\_\_  Temporary commitment issued.   Dft remanded to custody of US Marshals Service.

**BOND/PRETRIAL DETENTION HEARING**

X    BOND hearing held.

\_\_\_\_  Government MOTION FOR DETENTION ( ) GRANTED   ( ) DENIED   ( ) WITHDRAWN

\_\_\_\_  WRITTEN ORDER TO FOLLOW.

\_\_\_\_  HEARING HELD on motion for reduction / modification of bond.

\_\_\_\_  Motion for reduction / modification of Bond   ( ) GRANTED   ( ) DENIED.

\_\_\_\_  WRITTEN ORDER TO FOLLOW.

\_\_\_\_  BOND SET at _____

\_\_\_\_  Non-surety

\_\_\_\_  Surety  ( ) Cash   ( ) Property   ( ) Corporate surety ONLY

X    SPECIAL CONDITIONS:   Do not obtain a passport; limit travel to the MDFL or NDGA; other standard conditions

X    Defendant released on conditions only.

\_\_\_\_  Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.

**WITNESSES:**

**SENTENCE:**