# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-cr-00025-TCB
### USA v. Peterson
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 04/14/2014.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 10:58 A.M.     COURT REPORTER: Susan Baker
TIME IN COURT: 0:28                  DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Kody Jon Peterson Present at proceedings |
| ATTORNEY(S) PRESENT: | Christopher Bly representing USA<br>Marcia Shein representing Kody Jon Peterson<br>John Zacharia representing USA |
| PROCEEDING CATEGORY: | Arraignment; Change of Plea |
| PLEADINGS FILED IN COURT: | Plea Agreement. Notice of Sentence Date. |
| MINUTE TEXT: | Defendant informed of (his/her) rights. Defendant enters plea of GUILTY counts to the information . Limited Waiver of Appeal contained in the plea agreement. Copies of Notice of Sentence Date to counsel, defendant, USM, USPO. Defendant to remain on release under same terms and conditions. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for 6/26/2014 at 10:00 a.m. in Courtroom 2106; |