# Law Firm of Shein & Brandenburg



**Federal Criminal Law Center**
2392 North Decatur Road
Decatur, GA 30033
404-633-3797
404-633-7980 facsimile
www.federalcriminallawcenter.com
www.federalappealslawyer.com

**Marcia G. Shein, M.S.***
*Attorney at Law*
marcia@msheinlaw.com

**Elizabeth A. Brandenburg**
*Attorney at Law*
elizabeth@msheinlaw.com

*Also Admitted

Admitted All Federal Circuit Courts
United States Supreme Court
Georgia Supreme Court
Georgia Court of Appeals
District of Arizona
District of Colorado
Northern District of Florida
Middle District of Georgia
Northern District of Georgia
Southern District of Georgia
Northern District of Indiana
Eastern District of Michigan
District of Nebraska
Northern District of Oklahoma
Eastern District of Tennessee
Western District of Tennessee
Eastern District of Texas
Northern District of Texas
Southern District of Texas
Western District of Texas
Pro Hac Vice Other Districts

June 30, 2014

United States Court House
Richard Russell Building
75 Spring Street, SW
Atlanta, GA  30303

**RE:** U.S v. Kody Jon Peterson, 1:14-CR-25-TCB

Dear Courtroom Deputy:

By this letter and pursuant to LCrR 57.1E(4), NDGa., I am notifying the Court that I will be out of the office on the dates listed below and respectfully request that the Court not schedule any appearances in the above-referenced matter on these dates.

July 2, 2014 - July 4, 2014

July 16, 2014 - July 17, 2014

July 30, 2014 - Aug. 1, 2014

Aug. 13, 2014 - Aug. 15, 2014

Oct. 9, 2014 - Oct. 10, 2014

Nov. 7, 2014

Nov. 19, 2014 – Dec. 5, 2014

Dec. 22, 2014 – Dec. 26, 2014

Jan. 12, 2014 – Jan. 15, 2014

Sincerely,

/s/MARCIA SHEIN
Attorney at Law

Cc: US Attorney Office
Christopher Bly (via ECF)
Chris.bly@usdoj.gov

National Federal Practice Providing Special Assistance and Representation in Complex Federal Criminal Cases in:
Pretrial and Trial ♦ Plea Negotiations ♦ Objections to Government PSR
Sentencing Mitigation ♦ Appeals ♦ & 2255 Habeas Petitions