IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>KODY PETERSON | Criminal Action No.<br><br>1:14-CR-25-TCB |

**Government's Motion for a Downward Departure
Based on Substantial Assistance**

The United States of America, by John A. Horn, United States Attorney, Christopher C. Bly, Assistant United States Attorney for the Northern District of Georgia, and John H. Zacharia, Assistant Deputy Chief for Litigation, United States Department of Justice Computer Crime and Intellectual Property Section, files this motion for a downward departure under U.S.S.G. § 5K1.1.

**Background**

Defendant was charged with, and pleaded guilty to, conspiring to commit criminal copyright infringement in violation of 18 U.S.C. § 371. (Docs. 1, 7). Defendant cooperated with the Government, and the Government agreed to file a motion pursuant to U.S.S.G. § 5K1.1 if it determined that the cooperation qualified as "substantial assistance." (Doc. 7-1 at 10).

## Argument and Citation of Authority

The Court may depart from the Guidelines upon motion of the Government "stating that the defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense." U.S.S.G. § 5K1.1. The Court should consider: (1) the significance and usefulness of Defendant's assistance; (2) the truthfulness, completeness and reliability of Defendant's information and testimony; (3) the nature and extent of Defendant's assistance; (4) any injury or danger resulting from Defendant's testimony; and (5) the timeliness of Defendant's assistance. *See* U.S.S.G. § 5K1.1.

The factors in this case weigh in favor of the Government's motion. Defendant cooperated with investigators from the time that he was first approached by law enforcement, long before he was charged. He ultimately agreed to waive indictment and proceed under a criminal Information. The Government believes that Defendant provided truthful information, and the information was important. Significantly, Defendant was fully debriefed and explained his role in the SnappzMarket conspiracy, as well as that of co-conspirators Gary Sharp, Scott Walton and Joshua Taylor. Sharp and Walton both pleaded guilty, and Taylor proceeded to trial based on stipulated facts. The stipulated facts in Taylor's trial included ones explaining what Defendant would say had he been called as a witness.  Defendant's cooperation was significant, truthful, and timely, and it warrants a reduction under § 5K1.1. The Government respectfully requests that the Court depart four levels under § 5K1.1.

## Conclusion

The Government respectfully requests that the Court grant this motion and depart four levels from Defendant's otherwise applicable adjusted offense level. The Government will offer additional argument in support of a reasonable sentence at Defendant's upcoming sentencing hearing.

Respectfully submitted,

JOHN A. HORN
   *United States Attorney*


/s/CHRISTOPHER C. BLY
   *Assistant United States Attorney*
Georgia Bar No. 064634
Chris.Bly@usdoj.gov


/s/JOHN H. ZACHARIA
   *Assistant Deputy Chief, CCIPS*
District of Columbia Bar No. 456867
John.Zacharia@usdoj.gov


600 U.S. Courthouse   75 Spring Street SW   Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Local Rule 7.1D Certificate

The undersigned hereby certifies that the foregoing has been formatted in Book Antigua font, 13 point type, which complies with the font size and point requirements of Local Rule 5.1C.

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Marcia Shein

February 8, 2017

/s/ CHRISTOPHER C. BLY

CHRISTOPHER C. BLY

*Assistant United States Attorney*