

U.S. Department of Justice
United States Marshals Service
75 Spring Street S.W. Suite 1600
Atlanta, GA 30303

Beverly Harvard
U.S. Marshal

March 15, 2017

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 1 6 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

<u>VIA CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

Mr. Kody Peterson
2955 Mallory Circle
Kissimmee, Fla. 34747

Subject:   **Voluntary Surrender/Reporting Information**
           Reg. No.65722-019, Case No.1:14-CR-025-TCB

Dear Mr. Peterson:

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

| | |
|---|---|
| INSTITUTION: | FPC Pensacola<br>110 Raby Ave<br>Pensacola, FL 32509 |
| TELEPHONE NO.: | (850) 457-1911 |
| REPORT DATE: | **NOON, APRIL 06, 2017** |

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

Beverly Harvard
United States Marshal

*Ronnie Virden* (signature)
Ronnie Virden
Criminal Section

cc:
Clerk of Court
Pretrial Services
U.S. Probation Office